# Court of Appeals
# of the State of Georgia

ATLANTA, __October 09, 2013__

*The Court of Appeals hereby passes the following order:*

**A14A0176. DONNIE TREADWAY v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR, et al.**

The Board of Review of the Georgia Department of Labor affirmed the hearing officer's decision to deny unemployment insurance benefits to Donnie Treadway. Treadway filed a petition for judicial review. The superior court affirmed the Board of Review's decision.

Treadway, acting pro se, has filed a direct appeal from the superior court's order. However, OCGA § 5-6-35 (a) (1) requires that appeals from orders of superior courts reviewing decisions of state administrative agencies must be made by timely application for discretionary review. See *Dept. of Corrections v. Mack*, 217 Ga. App. 862 (459 SE2d 573) (1995). As a result of Treadway's failure to file a timely application for discretionary review, this Court is without jurisdiction to consider the appeal, and it is ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/09/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*